UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALL FUNDS RESTRAINED AND ON DEPOSIT IN
JP MORGAN CHASE BANK ACCOUNT NUMBER
781288607; ALL FUNDS RESTRAINED AND ON
DEPOSIT IN REGIONS BANK ACCOUNT NUMBER
0325600907; AND ALL FUNDS RESTRAINED AND ON
DEPOSIT IN TRUIST BANK ACCOUNT
NUMBER 1100019575940,

    Defendants *In Rem*.

_____/

## UNITED STATES OF AMERICA'S NOTICE REGARDING ARREST WARRANT *IN REM*

The United States of America hereby files a Notice Regarding Arrest Warrant *in Rem* and, in support thereof, states as follows:

1. Supplemental Rule G(3)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules") addresses the circumstances under which the United States is required to obtain arrest warrants for defendants *in rem*. Supplemental Rule G(3)(b)(iii) provides:

> (3) Judicial Authorization and Process.
>
> (b) Other Property; Arrest Warrant. If the defendant is not real property:
>
> (iii) a warrant is not necessary if the property is subject to a judicial restraining order.

1

2. The Defendants *In Rem* are restrained under a Protective Order for Assets Subject to Forfeiture ("Protective Order") entered on or about September 8, 2022, in the related criminal case pending in the Southern District of Florida. *See* Protective Order, ECF No. 5, *United States v. Leunan De La Nuez Espinosa*, Case No. 22-CR-80138-DMM (S.D. Fla.).

3. Therefore, because the Defendants *In Rem* are subject to a judicial protective order, pursuant to Supplemental Rule G(3)(b)(iii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, a warrant for arrest of these properties is not required.

Respectfully submitted,

**MARKENZY LAPOINTE**
**UNITED STATES ATTORNEY**

By:  *s/ Sara M. Klco*
Sara M. Klco
Assistant United States Attorney
Florida Bar No. 60358
99 N.E. 4th Street, 7th Floor
Miami FL, 33132-2111
Telephone: (305) 961-9165
E-mail: Sara.Klco@usdoj.gov
*Counsel for the United States of America*